# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 615 Disciplinary Docket No. 3 |
| | : | |
| | : | No. 116 DB 2000 |
| JEFFREY MARC ROBINSON | : | |
| | : | Attorney Registration No. 45598 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Allegheny County) |
| | : | |
| | : | |

# <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of January, 2016, the Petition for Reinstatement is granted. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).

    Mr. Justice Eakin did not participate in consideration or decision of this matter.

    Messrs. Justice Baer and Dougherty dissent.